SUCCESSION OF WILLIAM G. BROWN AND EDNA BRAUD BROWN A/K/A EDNA BRAUD JOHNSON BROWN

\*  NO. 2020-CA-0518

\*  COURT OF APPEAL

\*  FOURTH CIRCUIT

\*  STATE OF LOUISIANA

\*

\*

\* \* \* \* \* \* \*

**LEDET, J., CONCURS IN THE RESULT**